Foley v. Syrian Arab Republic

David Schenker supplemental report

December 29, 2016

I previously testified before the Court on November 17, 2016 and during that testimony tendered a November 14, 2016 expert report to the Court, which was accepted as Exhibit 54. Counsel has asked me to draft a follow-up expert opinion regarding the liability of Asif Shawkat and the Syrian Military Intelligence for the killing of Laurence Foley, Sr., Matthew Maupin, and Kristian Menchaca. While my expert opinion left no doubt regarding the liability of the government of Syria generally and President Bashar Assad himself, I submit the following expert report and opinions regarding Asif Shawkat and the Syrian Military Intelligence, based upon my skills, knowledge, training and experience, for the benefit of the Court.

As previously stated in my earlier report, it is my expert opinion that:

- The Government of Syria (GOS)—through action and inaction—supported movement of Al Qaida fighters across Syrian territory to kill Americans in Iraq.

- The GOS officially aided these *jihadis* by facilitating their organized transport to Iraq, and when confronted with evidence regarding this development, refused to take action.

- Syrian policy was to undermine the US effort to stabilize Iraq. Part of this policy involved supporting AQ and its Iraqi subsidiary led by Jordanian national Abu Musab Zarqawi. Zarqawi—the leader of the insurgency in Iraq—pledged allegiance to Osama Bin Laden in 2004.

- On October 14, 2004, the United States Government formally designated the terrorist group *Tawhid wal Jihad* or The Monotheism and Jihad Group—Zarqawi's network—as a Foreign Terrorist Organization under the Immigration and Nationality Act and as a Specially Designated Global Terrorist under Executive Order 13224.[1] Later in October, Zarqawi changed the name of his organization to "Al Qaeda Jihad Organization in the Land of Two Rivers," known as Al Qaeda in Iraq or AQI, and the designation was applied to the new name.[2]

- In addition to its work in Iraq, the GOS supported Zarqawi-affiliated attacks against other Syrian neighbour states, including Jordan.

---

[1] "Zarqawi Group Formally Designated Terrorists by State Department," Statement by State Department Spokesman Richard Boucher, October 15, 2004.
http://iipdigital.usembassy.gov/st/english/texttrans/2004/10/20041015181625adynned0.9911768.html#axzz3Upq2HQoX

[2] Kenneth Katzman, "Al Qaeda in Iraq: Assessment and Outside Links," *CRS Report for Congress*, August 15, 2008. http://fas.org/sgp/crs/terror/RL32217.pdf

1

- Syria was a world-class police state. Until 2011, in Assad's Syria there was no freelance political activity. *Jihadis* transiting Syria for Iraq mostly arrived via Damascus Airport, which was under the tight control and supervision of the GOS. For decades prior to the 2003 war in Iraq, the GOS was able to control its border with Iraq. The problem of *jihadi* transit was one of lack of will—not a lack of capability.

- Syria's government included more than a dozen overlapping security agencies, which watched each other as well as Syrian citizens of interest, which had no discretion to act without authorization from Assad himself on issues of critical importance to the regime, such as state sponsorship of terrorists or efforts to undermine the US invasion of Iraq and destabilize post-invasion Iraq.

- Syria was an inaugural member of the US Department of State's list of State Sponsors of Terrorism in 1979, and remains on this list until today. Damascus hosts, supports, and provides sanctuary to terrorists, and keeps close tabs on the terrorists within its borders. The Assad regime was aware that terrorists associated with Zarqawi network were operating on Syrian territory. It was the official policy of the Syrian Government to provide this network with safe haven.

- At different times relevant to the issues in this case, both the Administration and the Congress formally recognized that the GOS was supporting the insurgency by facilitating the passage of *jihadis* affiliated with Zarqawi to Iraq.

There is no doubt that the top layers of the regime authorized the Syrian government support of Zarqawi and his terrorist organization, in its various forms from 2002 to 2007. This is central to the points stated above, which I also discussed in my November 17, 2016 testimony. To further develop my prior statements and to add an additional expert opinion regarding Asif Shawkat and the Syrian Military Intelligence into the record, I state the following:

The Syrian Military Intelligence, known as the al-Mukhabarat al-Askariya, was the most important of all the many intelligence agencies created by Assad and his family's regime to quell domestic disturbances and support Syria's foreign policy. Asif Shawkat led this agency from 2005 until 2007, and was deputy director from 2001 to 2005. Although he was deputy director from 2001 to 2005, he nonetheless played a central role in regime foreign policy creation and execution due to both his elevated positon in a critically important intelligence agency and his marriage to Assad's sister. His career continued to ascend after the events of this case, until his death during the Syrian civil war by car bomb in 2012. He played an important role in the regime's decision to support individuals like Zarqawi and groups such as his terrorist organization in order to destabilize Iraq and protect the Assad regime.

The conclusions stated here and below are supported by my expert report and testimony given at the hearing. I stated the following facts regarding Shawkat and Syrian Military Intelligence ("Syrian Intelligence" used for shorthand) in my expert report:

1)   Exhibit 54 at 7:

According to the US Treasury Department designation of al Rawi issued in 2007:

> The Iraqi wing of the Syrian Ba'th Party has since provided significant funding to Iraqi insurgents at Al-Rawi's direction. Al-Rawi is supported financially by the Syrian Government, and has close ties to Syrian Intelligence. He has met with Syrian Intelligence Director Asif Shawkat, and has received financial support directly from Dhu al-Himma al-Shalish, former Chief of Asad's Presidential Security Guard.[3]

2) Exhibit 54 at 7:

> Al Rawi's access to inner sanctum of the Assad regime—including President Assad's brother in law, Intelligence Director Asif Shawkat, and Dhu al-Himma al-Shalish, formerly head of the Presidential Security Guard--confirms regime complicity in the support for the AQI terrorist insurgency in Iraq.

3) Exhibit 54 at 7: "Asif Shawkat, served at the highest echelons of Military Intelligence from 2001-2009 . . . ."

4) Exhibit 54 at 11-12 (quoting from a diplomatic cable sent by General Petraeus):

> Bashar al-Asad was well aware that this brother-in-law 'Asif Shawkat, Director of Syrian Military Intelligence, had detailed knowledge of the activities of AQI facilitator Abu Ghadiay, who was using Syrian territory to bring foreign fighters and suicide bombers into Iraq.

I stated the following facts regarding Shawkat and Syrian Military Intelligence ("Syrian Intelligence" used for shorthand) during my testimony at the hearing:

A) Regarding the central role Shawkat played in the most important decision making conducted by the regime:

```
9  Q. How did Assad structure his government to protect their
10 dominance?
11 A. The Assad regime has created a dozen or more
12 intelligence agencies that spy on the people and spy on the
13 other intelligence agencies to try and prevent a coup in the
```

---

[3] Treasury Press Release, "Treasury Designates Individuals with Ties to Al Qaida, Former Regime," December 7, 2007. http://www.treasury.gov/press-center/press-releases/Pages/hp720.aspx

3

```
14 country. The Assad regime has also staffed the regime, the
15 key positions in the inner circle with relatives of Assad and
16 other Alawites, members of the minoritarian community.
17 Q. Can you give an example of that?
18 A. That would be somebody like Assef Shawkat, the former
19 head of military intelligence in Syria. That's Assad's
20 brother-in-law;
```

Schenker T-2-123.

 B) Regarding the support given to al-Rawi, who had been designated by the Treasury Department for his ties to and support of Zarqawi and his group, by Shawkat himself:

```
14 A. Shalish, the first cousin of Bashar Assad, and head of
15 the presidential guard. Shalish also reportedly had contacts
16 with Assef Shawkat, the head of military intelligence, and the
17 brother-in-law of Assad. This is the closest you can get to
18 the regime. These are the most important people in the regime
19 other than Bashar Assad himself. And Rawi was receiving
20 funding from them and consulting with them in one way or
21 another.
```

Schenker T-2-130.

 C) Regarding Treasury's January 18, 2006 designation of Shawkat himself as a supporter of terrorism and the head of Syrian Military Intelligence:

```
4 Shawkat was named a special -- a Specially
5 Designated National, pursuant to E.O. 1338 on January 18th,
6 2006, for directly furthering the Government of Syria's
7 support for terrorism and interference in the sovereignty of
```

4

8 Lebanon.

Schenker T-2-133.

The Treasury designation also states:

> Major General Assef Shawkat is the Director of Syrian Military Intelligence (SMI), the strongest and most influential security service in Syria. Its broad internal and external responsibilities include working with terrorist organizations resident in Syria and overseeing the Syrian security presence in Lebanon. In addition to the power he derives from his position, Shawkat also has access to the highest levels of the Syrian power structure by virtue of his marriage to Bushra al-Asad, the sister to Syrian President Bashar al-Assad. Shawkat is a close confidant of President Assad and an important member of his inner circle of advisors.[4]

*See* Exhibit A to this declaration.

Thus my conclusions submitted in my November 14, 2016 report, and explained at length during my November 17, 2016 testimony, applies with as much force to Shawkat and Syrian Military Intelligence as they do to Assad himself and the Syrian government itself. Shawkat and Syrian Military Intelligence played a central role in the decision making to support and the operations necessary to actually supply support to Zarqawi and his organization.

**Conclusion**

It is my expert opinion to a reasonable degree of certainty, based on my experience and analytical judgement that Abu Musab Zarqawi and his terrorist network, at times called AQI and/or MSC, received substantial material support from Syria including but not limited to: operational and logistical support, safe haven, safe passage and transit across Syrian territory, and provision of financial assistance in support of this terrorist network, all as a matter of policy between 2002 and 2008. This support would not have been possible without the active cooperation and assistance of the central coordinating agency in Syria, Syrian Military Intelligence, and its top leadership, which included Asif Shawkat at all times relevant to this case.

I declare the foregoing under penalty of perjury as my expert opinion and execute this Declaration in the District of Columbia on this the 3rd day of January, 2017.

Signed: /s/ David Schenker

---

[4] Press Center, *Treasury Designates Director of Syrian Military Intelligence*, U.S. Dep't of the Treasury (Jan. 18, 2006) https://www.treasury.gov/press-center/press-releases/Pages/js3080.aspx, (last visited Jan. 2, 2017, 3:52 PM).