UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Virginia L. Foley, Individually<br>and as the Personal Representative<br>of the Estate of Laurence Michael Foley, Sr.<br><br>et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>SYRIAN ARAB REPUBLIC<br><br>et al.,<br><br>     Defendants | Civil Action No. 11-699 (CKK) |

**ERRATA**

Plaintiffs hereby file this Errata to notify the Court of compliance with the portion of the Court's November 18, 2016 Minute Order which required Plaintiffs to submit "hyperlinked versions of their submissions (hyperlinked with respect to citations to the hearing transcript, exhibits, and legal authority)". Plaintiffs created a new hyperlinked version of the draft findings of fact and conclusions of law, which previously had been filed on January 6, 2016, [Dkt. #71], and dropped off two copies on two CDs today at the Courthouse. *See* Exhibit A (receipt from courthouse). Exhibit A is a copy of the envelope with today's date stamp from the courthouse loading dock on C Street which denotes receipt of the envelope carrying the two CDs. Counsel created the new hyperlinked version of the draft findings of fact and conclusions of law by importing into a single PDF brief all sources including trial transcripts, trial exhibits, docket entries, statutes and cases.

1

Plaintiffs also file this errata to notify the Court of their correction of two minor citation errors appearing at pages 6 and 20 of the draft findings of fact and conclusions, *see* Exhibit B at 6, 20, of law filed on January 6. [Dkt. #71]. Counsel for Plaintiffs noticed the minor errors during the process of creating the hyperlinks requested by the Court. The following changes were made to the previously filed draft findings of fact and conclusions of law:

1. page 6, the previous document mistakenly refereed to Exhibit 4 instead of Exhibit 3; and

2. page 20 where the previous document mistakenly cited to "*Id.* at 123", the citation has been replaced with "Schenker T-2-123" following "In order to prevent a coup, the Assad family divided the Syrian government into rival fiefdoms competing for the benefits of loyalty to the regime by creating nearly at least a dozen overlapping intelligence agencies?"

Plaintiffs respectfully refer the Court to Exhibit B, a PDF of the January 6 draft findings of fact and conclusions of law, which shows the two minor citation errors corrected in redline at pages 6 and 20. Exhibit D is the same document but with the changes accepted and therefore no redlines. The document attached as Exhibit D should replace [Dkt. #71].

The final draft findings of fact and conclusions of law with the hyperlinks inserted found on the two CDs dropped off at the Courthouse also contains the two previously described citation corrections.[1]

---

[1] This draft is roughly 56 MB and therefore too large to file on PACER. On January 13, 2016, Counsel produced a 34.1 MB version of the same document (by lowering the resolution of scanned images) but the ECF system rejected it for reasons apparently

2

DATED:                                  Respectfully Submitted,

January 17, 2017                        /s/ Steven R. Perles
                                        Steven R. Perles, Esq. (No. 326975)
                                        Edward MacAllister, Esq. (No. 494558)
                                        Joshua K. Perles, Esq. (No. 1031069)
                                        PERLES LAW FIRM, PC
                                        1050 Connecticut Ave, NW
                                        Suite 500
                                        Washington, DC 20036
                                        Telephone: 202-955-9055
                                        Telefax: 202-772-3101

                                        *Admitted Pro Hac Vice*
                                        F. R. Jenkins, Esq. (Maine Bar No. 4667)
                                        MERIDIAN 361 I.L.G., PLLC
                                        97A Exchange Street, Suite 202
                                        Portland, ME 04101
                                        Telephone: 866-338-7087
                                        Facsimile: 202-315-3894

---

unrelated to its file size, *see* Exhibit C, and despite many different attempts at modifying the document to allow its filing. Neither Counsel nor the Court's ECF staff are currently able to determine the reason for the ECF rejection. Counsel for Plaintiffs will work with the Court's ECF staff to attempt to generate a hyperlinked version of the brief that does not run afoul of ECF's filters.