UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRGINIA L. FOLEY, *et al.*,
    Plaintiffs
    v.
SYRIAN ARAB REPUBLIC, *et al.*,
    Defendants.

Civil Action No. 11-699 (CKK)

**ORDER**
(November 9, 2017)

The Court is in receipt of Plaintiffs' [84] Objections to the Special Master's Damage Awards. Plaintiffs claim that Special Master Alan Balaran erred by:

1. Departing without explanation from the most relevant precedent regarding a damage award for an individual tortured to death by AQI, which is *Gates v. Syrian Arab Republic*, 580 F. Supp. 2d 53 (D.D.C. 2008).

2. Under his own framework adopted from *Heiser I*, awarding damages to Virginia Foley as though she were a parent of Laurence Foley, Sr., and not his spouse.

3. Issuing pain and suffering and solatium awards relying on a quantitative framework based upon 1998-2000 damages awards that has not been adjusted for the effects of inflation to match present day values.

4. Failing to allow prejudgment interest damages, which are designed to make a claimant whole, despite language included in Plaintiffs' complaint requesting a remedy for all pecuniary losses.

The Court **ORDERS** the Special Master to consider Plaintiffs' objections and file a supplemental report addressing them by no later than December 8, 2017. If the Special Master

1

2

agrees to modify his report in response to any of Plaintiffs' objections, he shall so indicate. If the Special Master does not agree with Plaintiffs' objections, he shall explain his reasoning.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge