UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRGINIA L. FOLEY, *et al.*,
    Plaintiffs

v.

SYRIAN ARAB REPUBLIC, *et al.*,
    Defendants.

Civil Action No. 11-699 (CKK)

**ORDER**
(December 21, 2017)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 21st day of December, 2017, hereby

**ORDERED** that default judgment is entered against Defendants and in favor of Plaintiffs in the following amounts:

- **Estate of Laurence Foley, Sr.:** One Million Dollars ($1,000,000) in compensatory damages for pain and suffering and One Million Three Hundred and Nine Thousand Five Hundred and Seventeen Dollars ($1,309,517) in economic damages.

- **Virginia Foley:** Twelve Million and Five Hundred Thousand Dollars ($12,500,000) in compensatory damages for loss of solatium.

- **Megan Foley:** Three Million Dollars ($3,000,000) in compensatory damages for loss of solatium.

- **Jeremie Foley Robenolt:** Three Million Dollars ($3,000,000) in compensatory damages for loss of solatium.

- **Laurence Foley, Jr.:** Three Million Dollars ($3,000,000) in compensatory damages for loss of solatium.

- **Estate of Keith Matthew Maupin:** Ten Million Dollars ($10,000,000) in compensatory damages for pain and suffering and One Million Eighty-Seven Thousand Two Hundred and Ninety-Four Dollars ($1,087,294) in economic damages.

1

- **Carolyn Maupin:** Seven Million Dollars ($7,000,000) in compensatory damages for loss of solatium.

- **Keith Maupin:** Seven Million Dollars ($7,000,000) in compensatory damages for loss of solatium.

- **Estate of Kristian Menchaca:** Thirty Million Dollars ($30,000,000) in compensatory damages for pain and suffering and Two Million Three Hundred Eighty-Two Thousand Six Hundred and Fifty-Eight Dollars ($2,382,658) in economic damages.

- **Christina Menchaca:** Seventeen Million Dollars ($17,000,000) in compensatory damages for loss of solatium.

- **Maria Vasquez:** Five Million Dollars ($5,000,000) in compensatory damages for loss of solatium.

- **Pedro Menchaca:** Three Million and Five Hundred Thousand Dollars ($3,500,000) in compensatory damages for loss of solatium.

- **Julio Menchaca:** Two Million and Five Hundred Thousand Dollars ($2,500,000) in compensatory damages for loss of solatium.

Any relief not listed above has been denied.  This case is **DISMISSED**.

*This is a final appealable order.*

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge