LAW OFFICE

# ALAN L. BALARAN, P.L.L.C.

ADMITTED IN DC AND MD

OF COUNSEL
AMY E. WEEDMAN

1717 PENNSYLVANIA AVENUE, N.W.
NINTH FLOOR
WASHINGTON, D.C. 20006
TELEPHONE: (202) 466-5010
FAX: (202) 986-8477
ABALARAN@BALARAN-LAW.COM
AWEEDMAN@BALARAN-LAW.COM

**BILL TO**

Foley v. Syrian Arab Republic
1:11-cv-00699

**INVOICE #** 916
**DATE** 01/05/2018

| DATE | ACTIVITY | QTY | AMOUNT |
|---|---|---|---|
| 04/17/2017 | Review order appointing special master and liability opinion | 2.10 | 500.00 |
| 05/07/2017 | Continued preparation of procedural history; review memorandum opinion re liability findings for Syria and ZTO | 3.60 | 500.00 |
| 05/25/2017 | Review memo re damages provided by Foley consel | 1.50 | 500.00 |
| 05/26/2017 | Review Plaintiffs' Motion for Damage Awards; review authorities cited therein and incorporate into report template | 4.30 | 1,000.00 |
| 05/27/2017 | Review complaint, amended complaint and proposed findings of fact; begin preparation of procedural history of case | 5.40 | 1,000.00 |
| 05/30/2017 | Review liability hearing transcripts from 11/16 and 11/17; prepare background section of report and Foley introduction | 4.70 | 1,000.00 |
| 06/01/2017 | Review testimony of Virginia Foley; prepare Foley report re same | 3.20 | 500.00 |
| 06/05/2017 | Continued preparation of Foley report - Virginia Foley during liability hearing; review transcript of Megan Foley | 5.30 | 1,000.00 |
| 06/08/2017 | Prepare Foley report - review transcripts of Jeremy and Michael Foley and incorporate into same | 4.20 | 1,000.00 |
| 06/15/2017 | Review liability hearing transcript re Dr Mallak testimony re injuries to Foley; revise report to include same | 2.30 | 500.00 |

| DATE | ACTIVITY | QTY | AMOUNT |
|---|---|---|---|
| 06/19/2017 | Research damage award increases in solatium re spouse present at crime; review pain and suffering cases for additional award depending on length of time victim survived; prepare damages section of Foley report | 4.70 | 1,000.00 |
| 07/01/2017 | Review proposed findings of fact re Matt Maupin; review transcript of liability hearing for Carolyn Maupin; begin Maupin report | 3.30 | 500.00 |
| 07/06/2017 | Continued review of Carolyn Maupin testimony at liability hearing and at deposition incorporate into Maupin report | 5.10 | 1,000.00 |
| 07/08/2017 | Review Mallak testimony re Matt Maupin in liability hearing and deposition transcripts; incorporate into report | 3.60 | 500.00 |
| 07/11/2017 | Review testimony of Keith Maupin; incorporate into report; review estate documents and economic report and incorporate into Maupin report | 6.10 | 1,000.00 |
| 07/14/2017 | Review memorandum re inflation enhancement; review authorities re same; prepare synopsis for report to court | 5.40 | 1,000.00 |
| 07/17/2017 | Review Maupin CES report; prepare economic damages section of report re same | 4.80 | 1,000.00 |
| 07/19/2017 | Review motion for damage awards re inflation; Confer w counsel inflation enhancement; revise report re same | 4.30 | 1,000.00 |
| 07/21/2017 | Continued review of inflation enhancement memo and authorities - Dixon, Falzon, , Menghi, Jean-Baptiste, Wells, Wade, DiSorbo, | 3.30 | 500.00 |
| 07/23/2017 | Continued review of inflation authorities - Bravo, Anthony, Alla, Cousin, Ocampo, Ruhlmann | 2.80 | 500.00 |
| 07/30/2017 | Review testimony of Christina Menchaca; begin report re Menchaca re same | 2.20 | 500.00 |
| 08/02/2017 | Review liability hearing testimony of Christina Menchaca; review video and autopsy report; continue preparing Menchaca report to include same | 5.50 | 1,000.00 |
| 08/05/2017 | Prepare Menchaca pain and suffering section of report; review Mallak deposition testimony and visual aids re injury | 4.40 | 1,000.00 |

| DATE | ACTIVITY | QTY | AMOUNT |
|---|---|---|---|
| 08/07/2017 | Review Julio Menchaca testimony and incorporate into report; begin review testimony of Maria Vasquez | 4.30 | 1,000.00 |
| 08/08/2017 | Review Isaac Murillo testimony; incorporate into report; review standards for awarding solatium to non-adopted stepchildren whose relationship to step-parent similar in nature to this one | 2.90 | 500.00 |
| 08/11/2017 | Begin review of Juliette Vasquez MacKenzie deposition and incorporate into report; review proposed findings of fact re description of relationship between Kristian and aunt and uncle | 3.20 | 500.00 |
| 08/13/2017 | Continued review of Juliette MacKenzie deposition and prepare Menchaca report re same | 1.10 | 500.00 |
| 08/14/2017 | Review Kenneth MacKenzie deposition transcript and prepare report re same; begin review of Pedro Menchaca transcript | 5.10 | 1,000.00 |
| 08/17/2017 | Continued preparation of Menchaca report re Pedro Menchaca section | 2.40 | 500.00 |
| 08/18/2017 | Prepare Menchaca report re pain and suffering; review liability hearing testimony of Dr. Mallak | 4.80 | 1,000.00 |
| 08/20/2017 | Review Mallak deposition testimony re Menchaca injuries; incorporate same into report | 3.20 | 500.00 |
| 08/23/2017 | Review Menchaca family members' declarations; errata; estate documents and incorporate into report; review CES economic report | 2.70 | 500.00 |
| 09/04/2017 | Review cases re standing for combatant vs non-combatant (Menchaca and Maupin) ; review complaint and proposed findings of fact re same; confer w counsel | 3.70 | 500.00 |
| 09/05/2017 | Review immunity brief filed in Burks v Iran re combatant; email exchange w counsel re enemy combatant; extra-judicial killing and the Blaumel case | 2.20 | 500.00 |
| 09/06/2017 | Review Cohen, Frankel, Baumel, George Mason and Gonzaga law review re combatant v non-combatant status | 4.50 | 1,000.00 |

| DATE | ACTIVITY | QTY | AMOUNT |
|---|---|---|---|
| 09/11/2017 | Review Heiser, Acree, re combatant status; review Geneva convention re POW status; revise reports re same | 4.30 | 1,000.00 |
| 09/15/2017 | Confer w counsel re combatant v non-combatant status; Review Professor Hickman article re prisoner of war | 2.40 | 500.00 |
| 09/18/2017 | Confer w counsel re date of Maupin video; revise report re same | 1.10 | 500.00 |
| 09/27/2017 | Review memorandum re pre-judgment interest; review Boland, Cohen, Gill, Salmeron, Silge, Nagrampa, | 4.70 | 1,000.00 |
| 09/28/2017 | Review Amduso, Wultz, Pugh, Harrison, Brown re pre-judgment interest and prepare section in report | 6.20 | 1,000.00 |
| 09/29/2017 | Continued preparation of pre-judgment interest section of report | 5.40 | 1,000.00 |
| 09/30/2017 | Continued review of damages cases re Haim, Theinbaut, Moradi re damages issue and incorporate into report re enhancement of award | 5.50 | 1,000.00 |
| 10/01/2017 | Continued review of caselaw re damage enhancement | 2.90 | 500.00 |
| 10/04/2017 | Email exchange w counsel re Laurence Foley plan to work as consultant; review declaration provided by V Foley re same | 1.10 | 500.00 |
| 10/05/2017 | Review and revise Maupin and Menchaca reports to prepare for filing | 5.60 | 1,000.00 |
| 10/06/2017 | Review, revise and file Foley, Maupin and Menchaca reports | 6.10 | 1,000.00 |
| 10/20/2017 | Review counsel's objections to damage recommendations, prejudgment interest denial | 1.20 | 500.00 |
| 11/11/2017 | Begin preparation of response to objections | 4.90 | 1,000.00 |
| 11/26/2017 | Continued preparation of response to objections; review Sutherland; Anderson; Cicippio Kim; Owens; Acree; Higgins re Menchaca damages section of report | 4.80 | 1,000.00 |
| 11/30/2017 | Review Stethem, Heiser, Doe, etc re damage awards based on Heiser not set in stone; prepare response to objection number 3 re same; review original reports re same | 4.40 | 1,000.00 |

| DATE | ACTIVITY | QTY | AMOUNT |
|---|---|---|---|
| 12/09/2017 | Review Mallak testimony re cause and time of death re Menchaca; continued preparation of report re same | 3.70 | 500.00 |
| 12/10/2017 | Review Thuneibat; FAA v Cooper; Himes; Stansell; Stern re damage baseline awards and rationale; continued preparation of report re Menchaca and Maupin damages | 6.20 | 1,000.00 |
| 12/12/2017 | Preparation of response to objection 4 - prejudgment interest; review pecuniary interests and economic losses; review Hill and Thuneibat re same; continued preparation of report | 5.20 | 1,000.00 |
| 12/14/2017 | Continued preparation response to objection report re solatium awards; response to objection #2 | 4.50 | 1,000.00 |
| 12/15/2017 | Final revisions and preparation of response to objections to damage recommendations | 5.60 | 1,000.00 |

**BALANCE DUE** **$43,000.00**