UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA FOLEY, *et al.*,<br>          Plaintiffs<br>     v.<br>SYRIAN ARAB REPUBLIC, *et al.*,<br>          Defendants. | Civil Action No. 11-699 (CKK) |

**ORDER**
(March 15, 2019)

The Court is in receipt of Plaintiffs' [100] Motion for Order under 28 U.S.C. § 1610(c) Authorizing Enforcement of Judgment and Memorandum of Support Thereof. Plaintiffs request that the Court issue an order authorizing enforcement of its judgment in the amount of U.S. $109,279,469. Plaintiffs contend that a "reasonable period of time has elapsed following the entry of judgment" and service thereof. 28 U.S.C. § 1610(c). The Court GRANTS Plaintiffs' Motion.

Under 28 U.S.C. § 1610(c), an attachment or execution to enforce a court's judgment may be entered after the court "determin[es] that a reasonable period of time has elapsed following the entry of judgment and the giving of any notice required." 28 U.S.C. § 1610(c). Courts in this Circuit have regularly found that a period of two to three months is considered a "reasonable time" to wait prior to issuing an order pursuant to 28 U.S.C. § 1610(c). *See, e.g., NED Chartering and Trading Inc. v. Republic of Pakistan*, 130 F. Supp. 2d 64, 67 (D.D.C. 2001) (finding a period of two to three months reasonable); *Crystallex Int'l Corp v. Bolivarian Republic of Venez*, No. 1:16-cv-661 (D.D.C. Jun. 9, 2017), ECF No. 39 (finding 60 days to be reasonable).

In this case, the Court issued its final judgment against Syria on December 21, 2017. ECF No. 87. Following the judgment, Plaintiffs served Syria pursuant to 28 U.S.C. § 1608(e).

1

Plaintiffs served copies of the order and administrative plan granting default judgment (ECF No. 75) and the related memorandum opinion (ECF No. 76), the order granting default judgment and awarding damages (ECF No. 87) and the related memorandum opinion (ECF No. 88), and translations, through the Clerk of the Court and diplomatic means, by State Department delivery to the Ministry of Foreign Affairs of the Syrian Arab Republic on June 20, 2018. ECF No. 99.

As of this date, over fourteen months have passed since the Court entered its judgment and over eight months have passed since the date of diplomatic service. Yet, Syria has not paid Plaintiffs or responded in any way to the final judgment. The Court finds that a "reasonable period of time has elapsed" which would allow for Syria to pay the judgment if that was its intention. 28 U.S.C. § 1610(c).

Accordingly, the Court ORDERS that Plaintiffs' Motion is GRANTED.

**SO ORDERED.**

                                                                           /s/
                                                               COLLEEN KOLLAR-KOTELLY
                                                               United States District Judge